MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ZEIGLER,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, TRANSUNION, LLC, a Foregin Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, NATIONSTAR MORTGAGE, LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case No.: 2:18-cv-00328-MMD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Defendant Nationstar Mortgage LLC (**Nationstar**) and Michael Zeigler (**Zeigler**) (collectively **parties**) stipulate and agree as follows:

The parties hereby stipulate and agree Nationstar's time to respond to the Zeigler's complaint (ECF No. 1) filed on February 22, 2018 shall be continued from March 21, 2018 to April 20, 2018.

This is the first request for an extension of this deadline. Nationstar requests the additional time to afford it the opportunity to adequately respond to the Zeigler's complaint.

The parties submit this request in good faith without the purpose of undue delay.

///

///

1

**AKERMAN LLP**
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

DATED this 19th day of March, 2018.

| **AKERMAN LLP** | **HAINES & KRIEGER, LLC** |
|---|---|
| */s/ Thera A. Cooper* | */s/ Erik W. Fox* |
| MELANIE D. MORGAN, ESQ. | JAMIE S. COGBURN, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 8409 |
| THERA A. COOPER, ESQ. | ERIK W. FOX, ESQ. |
| Nevada Bar No. 13468 | Nevada Bar No. 8804 |
| 1635 Village Center Circle, Ste. 200 | 2580 St. Rose Parkway, Suite 330 |
| Las Vegas, Nevada 89134 | Henderson, Nevada 89074 |
| *Attorneys for Defendant Nationstar Mortgage LLC* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
**UNITED STATES MAGISTRATE JUDGE**

___3/20/2018_____
**DATED**

2