1 **JASON G. REVZIN**
Jason.Revzin@lewisbrisbois.com
2 Nevada Bar No. 008629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
3 6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
4 (702) 893-3383
(702) 893-3789 Fax
5 *Counsel for Trans Union LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ZEIGLER, | Case No. 2:18-cv-00328-MMD-GWF |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., NATIONSTAR MORTGAGE, LLC, AND TRANS UNION, LLC, | |
| Defendants. | |

Plaintiff Michael Zeigler ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On February 22, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is March 21, 2018. Trans Union needs additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including April 20, 2018. This is the first

stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. The time within which Trans Union must respond to the Complaint has not yet expired.

WHEREFORE, Defendant Trans Union respectfully requests this Court to enter an Order granting this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint and extend the deadline for Trans Union to file its responsive pleading to Plaintiff's Complaint, up to and including April 20, 2018.

DATED: March 20, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Jason G. Revzin*
Jason G. Revzin
Jason.revzin@lewisbrisbois.com
Nevada Bar No. 008629
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
(702) 893-3383
(702) 893-3789 Fax
***Counsel for Trans Union LLC***

/s/ *Erik Anthony W. Fox*
Erik-Anthony W. Fox
efox@cogburnlaw.com
Marquis & Aurbach
10001 Park Run Drive
Las Vegas, NV 89145
(702) 382-0711
(702) 382-5816 Fax
***Counsel for Plaintiff***

**ORDER**

IT IS ORDERED that the Joint Stipulation Extending Defendant Trans Union's Time To File an Answer or Otherwise Respond to Plaintiff's Complaint and extend the deadline for Trans Union to file its responsive pleading to Plaintiff's Complaint, up to and including April 20, 2018 is granted.

DATED this 21st day of March, 2018

_____
**HONORABLE GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**