**JASON G. REVZIN**
Nevada Bar No. 008629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada  89118
(702) 893-3383
(702) 893-3789 Fax
Jason.Revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ZEIGLER,<br><br>                    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., NATIONSTAR MORTGAGE, LLC, AND TRANS UNION, LLC,<br><br>                    Defendants. | Case No. 2:18-cv-00328-MMD-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC** |

      Plaintiff Michael Zeigler, and Defendant Trans Union LLC, by and through their respective attorneys of record, file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

      There are no longer any issues in this matter between Michael Zeigler and Trans Union LLC to be determined by this Court.  The Plaintiff hereby stipulates that all claims or causes of action against Trans Union LLC which were, or could have been, the subject matter of this lawsuit are hereby dismissed with prejudice in accordance with FRCP 41(a)(2), with court costs and

attorneys' fees and costs to be paid by the party incurring same.

Dated this 13th day of July, 2018.   **COGBURN LAW OFFICES**

*/s/ Erik W. Fox*
Jamie S. Cogburn
jsc@cogburnlaw.com
Nevada Bar No. 8409
Erik W. Fox
efox@coburnlaw.com
Nevada Bar No. 8804
2580 St Rose Parkway, Suite 330
Henderson, NV 89074
(702) 748-7777
(702) 966-3880 Fax
*Counsel for Plaintiff*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 008629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
(702) 893-3383
(702) 893-3789 Fax
Jason.Revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

### ORDER

IT IS SO ORDERED that all claims or causes of action against Trans Union LLC which were, or could have been, the subject matter of this lawsuit are hereby dismissed with prejudice in accordance with FRCP 41(a)(2), with court costs and attorneys' fees and costs to be paid by the party incurring same.

DATED:  July 16, 2018

**HONORABLE MIRANDA M. DU**
**UNITED STATES DISTRICT JUDGE**

# CERTIFICATE OF SERVICE

I hereby certify that on this the ___ day of July, 2018, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Erik-Anthony W. Fox<br>efox@cogburnlaw.com<br>Jamie S. Cogburn<br>jsc@cogburnlaw.com<br>Cogburn Law Offices<br>2580 St. Rose Parkway, Suite 330<br>Henderson, NV 89074<br>(702) 748-7777<br>(702) 966-3880 Fax<br>*Counsel for Plaintiff* | Bradley T. Austin<br>baustin@swlaw.com<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>(702) 784-5200<br>(702) 784-5252 Fax<br>*Counsel for Equifax Information Services, LLC* |
| Andrew J. Sharples<br>asharples@naylorandbrasterlaw.com<br>Jennifer L. Braster<br>jbraster@naylorandbrasterlaw.com<br>Naylor & Braster Attorneys at Law, PLLC<br>1050 Indigo Dr., Suite 200<br>Las Vegas, NV 89145<br>(702) 420-7000<br>(702) 420-7001 Fax<br>*Counsel for Experian Information Solutions, Inc.* | Melanie D. Morgan<br>Melanie.morgan@akerman.om<br>Thera A. Cooper<br>thera.cooper@akerman.com<br>Akerman, LLP<br>1635 Village Center Cir., Suite 200<br>Las Vegas, NV 89134<br>(702) 634-5005<br>(702) 380-8572 Fax<br>*Counsel for Nationstar Mortgage, LLC* |

_____
**An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP**