Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ZEIGLER,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, NATIONSTAR MORTGAGE, LLC, a Foreign Limited-Liability Company,<br><br>    Defendants. | Case No. 2:18-cv-00328-MMD-GWF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Complaint filed: February 22, 2018 |

Plaintiff Michael Zeigler ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through his and its undersigned counsel, hereby stipulate and agree that

/ / /

/ / /

/ / /

/ / /

/ / /

all Plaintiff's claims asserted against Experian in the above-captioned action shall be and hereby are DISMISSED WITH PREJUDICE, with each party to bear his or its own costs and attorneys' fees.

| /s/ *Erik-Anthony W. Fox*<br>Jamie S. Cogburn<br>Erik-Anthony W. Fox<br>Cogburn Law Offices<br>2879 St. Rose Parkway, Suite 200<br>Henderson, NV 89052<br>Email: jsc@cogburnlaw.com<br>Email: efox@cogburnlaw.com<br><br>*Attorneys for Plaintiff* | /s/ *Andrew J. Sharples*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>Andrew J. Sharples<br>Nevada Bar No. 12866<br>Naylor & Braster<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com<br><br>*Attorneys for Experian Information Solutions, Inc.* |
|---|---|
| /s/ *Bradley T. Austin*<br>Bradley T. Austin<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>Email: baustin@swlaw.com<br><br>*Attorney for Equifax Information Services, LLC* | /s/ *Jason Revzin*<br>Jason Revzin<br>Lewis Brisbois Bisgaard & Smith, LLP<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: Jason.revzin@lewisbrisbois.com<br><br>*Attorney for TransUnion, LLC* |
| /s/ *Thera A. Cooper*<br>Thera A. Cooper<br>Melanie D. Morgan<br>Akerman LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>Email: Thera.cooper@akerman.com<br>Email: melanie.morgan@akerman.com<br><br>*Attorney for Nationstar Mortgage, LLC* | |

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

July 17, 2018
DATE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000