**COGBURN LAW OFFICES**
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
efox@cogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ZEIGLER,<br><br>    Plaintiff,<br><br> vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, NATIONSTAR MORTGAGE, LLC, a Foreign Limited-Liability Company,<br><br>    Defendants. | Case Number<br>2:18-cv-00328-MMD-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL BETWEEN PLAINTIFF AND DEFENDANT NATIONSTAR MORTGAGE, LLC WITH PREJUDICE** |

Plaintiff, Michael Zeigler ("Plaintiff") and Defendant, Nationstar Mortgage, LLC ("Nationstar"), by and through their respective attorneys of record, hereby stipulate and agree that all Plaintiff's claims asserted against Nationstar in the above-captioned shall be and hereby are

…

…

…

…

dismissed with prejudice, with each party to bear his or its own costs and attorney fees.

Dated this 11th day of September, 2018.  Dated this 11th day of September, 2018.

**COGBURN LAW OFFICES**  **AKERMAN LLP**

By: _/s/ Erik W. Fox_  By: _/s/ Thera A. Cooper_
Name: Jamie S. Cogburn, Esq.  Name: Melanie D. Morgan, Esq.
Nevada Bar No. 8409  Nevada Bar No. 8215
Erik W. Fox, Esq.  Thera A. Cooper, Esq.
Nevada Bar No. 8804  Nevada Bar No. 13468
2580 St. Rose Parkway, Suite 330  1635 Village Center Circle, Suite 200
Henderson, Nevada 89074  Las Vegas, Nevada 89134
*Attorneys for Plaintiff*  *Attorneys for Defendant*
*Michael Zeigler*  *Nationstar Mortgage, LLC*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

September 11, 2018
DATE