1 | COGBURN LAW OFFICES
Jamie S. Cogburn, Esq.
2 | Nevada Bar No. 8409
jsc@cogburnlaw.com
3 | Erik W. Fox, Esq.
Nevada Bar No. 8804
4 | efox@cogburnlaw.com
2580 St. Rose Parkway, Suite 330
5 | Henderson, Nevada 89074
Telephone: (702) 748-7777
6 | Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ZEIGLER,<br><br>            Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, NATIONSTAR MORTGAGE, LLC, a Foreign Limited-Liability Company,<br><br>            Defendants. | Case Number<br>2:18-cv-00328-MMD-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE** |

Plaintiff, Michael Zeigler ("Plaintiff") and Defendant, Equifax Information Solutions, Inc. ("Equifax"), by and through their respective attorneys of record, hereby stipulate and agree that all Plaintiff's claims asserted against Equifax in the above-captioned shall be and hereby are dismissed with prejudice, with each party to bear his or its own costs and attorney fees.

…

…

…

IT IS FURTHER STIPULATED the Parties further agree to not file a Joint Pretrial Order, subject to the Court's discretion.

Dated this 10th day of December, 2018.          Dated this 10th day of December, 2018.

**COGBURN LAW OFFICES**                          **SNELL & WILMER, LLP**


By:  */s/ Erik W. Fox*                           By:  */s/ Bradley T. Austin*
Name: Jamie S. Cogburn, Esq.                     Name: Bradley T. Austin, Esq.
      Nevada Bar No. 8409                              Nevada Bar No. 13064
      Erik W. Fox, Esq.                                3883 Howard Hughes Pkwy, Ste 1100
      Nevada Bar No. 8804                              Las Vegas, Nevada 89169
      2580 St. Rose Parkway, Suite 330                 *Attorneys for Equifax Information*
      Henderson, Nevada 89074                          *Services, LLC*
      *Attorneys for Michael Zeigler*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

 December 10, 2018
DATE